UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: ) Case No. 16-13955-JPS
)
MITCHELL, RICHARD E. ) Chapter 7
MITCHELL, JENNIFER E. )
        Debtor(s). ) Judge: SMITH
)

## MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting: August 29, 2016      Time: 9:00 AM

Debtor(s)' Attorney: WILLIAM J. BALENA

Examination Conducted by:
   Interim Trustee: Trustee Virgil E. Brown, Jr. (X)   Disputed? ( )
   Elected Trustee: _____ ( )
   Other: _____ ( )

### Results of Meeting:

Held (X)                    Not Held ( )
Concluded (X)          Debtor Failed to Appear ( )
Continued ( )          Attorney Failed to Appear ( )
   Date: _____       Rescheduled: yes ( ) no ( )
   Time: _____            At §341 ( )   Prior to §341 ( )

                                                           Date: _____
Address: Changed to:                     Time: _____

                                                           Motion to Dismiss to Follow ( )
Address Correct (X)                 Other: See Comments: ( )
                                                           707(b) Review:
Case Determined to be:   Asset ( )      No Action Required (X)
                              No-asset ( )      Recommend UST Action ( )
                              Undetermined (X)     (see below/letter to follow)

Creditors Present:
   Creditor               Representative             Address & Phone

Comments:

                                                           /s/ Trustee Virgil E. Brown, Jr.
                                                           Panel Trustee