# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 16-13955 JPS | Judge: JESSICA PRICE SMITH | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|
| Case Name: | MITCHELL, RICHARD E. | | Date Filed (f) or Converted (c): | 07/20/16 (f) |
| | MITCHELL, JENNIFER E. | | 341(a) Meeting Date: | 08/29/16 |
| For Period Ending: | 12/27/16 | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, PPN: 15-00-099-103-075; FMV: | 72,580.00 | 0.00 | | 0.00 | FA |
| 2. 2011 Kia Sedona (Good condition; FMV: KBB) mileage | 8,056.00 | 0.00 | | 0.00 | FA |
| 3. 2012 Chevy Cruze (Good condition; FMV: KBB (19 yea | 11,279.00 | 0.00 | | 0.00 | FA |
| 4. 2006 Pontiac G6 (poor conditon: FMV: KBB) mileage: | 1,049.00 | 0.00 | | 0.00 | FA |
| 5. Furniture & household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Used Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 7. Wedding rings & Costume Jewelry | 550.00 | 0.00 | | 0.00 | FA |
| 8. Cash | 31.00 | 0.00 | | 0.00 | FA |
| 9. Checking Account with Huntington Bank (3297) (payr | 633.44 | 0.00 | | 0.00 | FA |
| 10. Checking Account with Talmer Bank & Trust (2728) ( | 1,059.34 | 0.00 | | 0.00 | FA |
| 11. 401k Plan through current employer | 119,137.63 | 0.00 | | 0.00 | FA |
| 12. Group Term Life Insurance policy through current e | 0.00 | 0.00 | | 0.00 | FA |
| 13. Long term disability policy through current employ | 0.00 | 0.00 | | 0.00 | FA |
| 14. Income tax refund (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| TOTALS (Excluding Unknown Values) | $216,825.41 | $1.00 | | $0.00 | Gross Value of Remaining Assets $1.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/17    Current Projected Date of Final Report (TFR): 12/31/17

/s/    TRUSTEE VIRGIL E. BROWN, JR.

LFORM1                                                                                                Ver: 19.06c